

March 29, 2018

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Dermansky v. Heavy Inc. (1:17-cv-07258-NRB)*

Dear Judge Buchwald,

We represent Plaintiff, Julie Dermansky, in the above in-captioned case. The parties have reached a settlement in principle. Defendant will be paying in installments thus the parties respectfully request that this Court administratively dismiss the action with leave to reopen the case in sixty-five (65) days from today's date if the Plaintiff has not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

                                            Respectfully submitted,

                                            /s/Richard Liebowitz
                                            Richard P. Liebowitz

                                        *Counsel for Plaintiff Julie Dermansky*

